

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024
```

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Maxim Maiello
Assistant Corporation Counsel
Phone: (212) 356-2082
Email: mamaiell@law.nyc.gov

November 6, 2024

**VIA ECF**

MEMO ENDORSED

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Reschedule to January 9, 2025 at 10:30 am*
*Colleen McMahon 11/6/2024*

Re: Arzu et al. v. City of New York
    Case No: 24-cv-6058 (CM)

Dear Judge McMahon:

    This office represents Defendant City of New York ("City") in the above referenced action and we are writing to request an adjournment of the Initial Pretrial Conference calendared for November 7, 2024 until after Plaintiffs' opposition to the City's motion to dismiss is due, which has been extended until November 30, 2024 (ECF No. 13). The City proposes adjournment of the conference to December 16, 2024, allowing the City time to reply to Plaintiffs' opposition due November 30, 2024 (ECF No. 13). No previous request for an adjournment of the Initial Pretrial Conference has been made, and Plaintiffs have consented to the requested adjournment.

    Should the Court direct the parties to propose a Civil Case Management Plan prior to the City's motion to dismiss being fully briefed, the parties are prepared to do so. The City apologizes for the delay in requesting adjournment of the Initial Pretrial Conference.

    Thank you for your consideration in this matter.

Very truly yours,

*Maxim Maiello*

Maxim Maiello
Assistant Corporation Counsel

cc:  All parties via ECF