

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Maxim Maiello**
Assistant Corporation Counsel
Phone: (212) 356-2082
Email: mamaiell@law.nyc.gov

January 6, 2025

**VIA ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Ok, conference adjourned.
Colleen M [signature]
1/7/2025

Re: Arzu et al. v. City of New York
Case No: 24-cv-6058 (CM)

Dear Judge McMahon:

This office represents Defendant City of New York ("City") in the above referenced action and we are writing jointly with Plaintiffs to request an adjournment of the initial pretrial conference scheduled for January 9, 2025. The parties are requesting a second adjournment of the initial pretrial conference until after a decision on the City's fully briefed motion to dismiss is rendered. (ECF 10, 11, 17, 20). Plaintiffs have consented to the requested adjournment, and no other deadlines exist that would be affected by the adjournment.

Thank you for your consideration in this matter.

Very truly yours,

*Maxim Maiello*

Maxim Maiello
Assistant Corporation Counsel

cc:   All parties via ECF