**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

GERSON ARZU, LAWRENCE AUSTIN, JACKIE BARCLIFF, KRALIK BERRY, SHAKEIM BRUNSON, SHAKIN DESILVA, MICHAEL FENNELL, KEVIN GAMBLE, DIEGO GARCIA, GROVER GORBETT, CHRISTOPHER HARVIS, MOHAMMAD HOTAKI, EV ANDER JONES, TYRESE JONES, DANIEL KELLY, ANTWON MCGOWAN, CLEVELAND MCNEILL, ARTIS MILLER, TYRESE MINTER, EARL MORGAN, JOSE MUNIZ DIN NO. 3492101228, JOSE MUNIZ DIN NO. 2412300799, RYAN PADIN, RAHEEM PATTERSON, LOEL PINNOCK, RICHARD QUINONES, DEVONTE REEVES, STEVEN RICHARDS, JORGE ROMERO, JOSHUA SANTIAGO, NORELL THOMAS, ALEX TLATELPA, NORRIS WHITE, MARTINEZ WOODS, LUKE WOOLFOLK

                    Plaintiff,                                    24 **CIVIL** 6058 (CM)

    -against-                                                     **JUDGMENT**

THE CITY OF NEW YORK,

                    Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated February 7, 2025, the Court GRANTS the Defendant's Motion to Dismiss with prejudice.

**Dated:**  New York, New York

   August 13, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                  _____
                                                                  **Clerk of Court**

                                                         **BY:**  _____
                                                                  **Deputy Clerk**